IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNTIED STATES OF AMERICA,
ex rel. ROBERT DEFATTA, M.D.,

Plaintiff,

v.

SURGERY PARTNERS, INC., NSH WISCONSIN, LLC, and OAKLEAF SURGICAL HOSPITAL, LLC,

Defendants.

OPINION and ORDER

23-cv-597-jdp

The United States of American having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows.

1. The Relator's Complaint, at Dkt. 1, shall be unsealed and served upon the Defendants by the Relator;
2. All requests that the United States submitted seeking extensions, specifically Dkts. 2, 4, 6, 8, 11, and 14, shall remain under seal and not be made public or served upon the Defendants;
3. The seal be lifted as to all other matters occurring in this action after the date of this Order;
4. The parties shall serve all other pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);
5. The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;
6. The parties shall serve all notices of appeal upon the United States;

7. All orders of this Court shall be sent to the United States; and

8. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

*So ordered.*

Entered September 15, 2026.

BY THE COURT:

/s/

ANITA MARIE BOOR
Magistrate Judge